IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM RIENER**                                                                                           **PLAINTIFF**

v.                                  **CASE NO. 4:24-CV-00288-BSM**

**VADZIM MIKHALCHUK,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE